IN THE UNITED STATES BANKRUPTCY COURT
OF THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE: | * | |
|---|---|---|
| | * | Case Number: 13-03226 MAM |
| Kelly Reed | * | |
| | * | Chapter 13 |
| Debtor. | * | |

## AMENDED ORDER

This matter came before the Court upon a Debtor's Objection to Claim #8 filed by Premier BankCard/Charter. No party filed a written objection stating a specific ground or grounds on which the objection is based within the time permitted. It appears to the Court that said Objection should be **GRANTED**.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that the Objection is sustained, reducing the unsecured claim to the amount paid.

Dated:   March 20, 2015

MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE